**SEALED**

BENJAMIN B. WAGNER
United States Attorney
Josh Franklin Sigal
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
916) 554-2700

FILED
JUL 1 3 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,  <br><br>v.  <br><br>**DAVID MORA SAAVEDRA**,  <br>Defendant. | 2:15 - MJ - 0146   CKD  <br><br>**SEALING ORDER**  <br><br><u>UNDER SEAL</u> |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: July 13, 2015

_____
Hon. Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE